**Dismissed and Memorandum Opinion filed May 9, 2023**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00703-CV

---

### PRIMEX CLINICAL LABORATORIES, INC. AND ERIC GAROFANO, Appellants

### V.

### DANA GORDON D/B/A IGNITE, INC., Appellee

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-41359**

---

## MEMORANDUM OPINION

This appeal is from a judgment signed September 19, 2022. The clerk's record was filed November 29, 2022. The reporter's record was filed October 3, 2022. No brief was filed.

On March 23, 2023, this court issued an order stating that unless appellants filed a brief on or before April 24, 2023, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellants filed no brief or other response. We dismiss the appeal.


PER CURIAM


Panel consists of Justices Bourliot, Hassan, and Poissant.